1  SEAN P. NALTY (SBN 121253)
   SHILPA G. DOSHI (SBN 253024)
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, CA  94105-2725
   Tel:  (415) 433-0990
4  Fax:  (415) 434-1370
   Email: sean.nalty@wilsonelser.com
5          shilpa.doshi@wilson.elser.com

6  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA

7

8                **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10 SHIRA CHESTER,                          )    Case No.: C10-02899 JSW
                                           )
11              Plaintiff,                 )    **STIPULATION OF THE PARTIES TO**
                                           )    **CONTINUE THE NOVEMBER 5, 2010 CASE**
12      vs.                                )    **MANAGEMENT CONFERENCE IN THIS**
                                           )    **MATTER; [Proposed] ORDER**
13 LIFE INSURANCE COMPANY OF               )
   NORTH AMERICA, and Does 1-20            )
14 inclusive,                              )
                                           )
15              Defendant.                 )

16

17     Plaintiff SHIRA CHESTER, through her counsel of record Laurence Padway, and

18 defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through its counsel of

19 record, Sean P. Nalty, hereby request through this stipulation that the Case Management

20 Conference set in this matter for November 5, 2010 at 1:30 p.m. be continued sixty (60) days

   based on the following;
21
       The parties have selected Court sponsored mediation as their ADR option. The parties do
22
   not need to conduct discovery before the mediation.  The Parties are working with the mediator
23
   to select a date for the mediation.  In addition, the parties are exploring informal settlement of
24
   this matter in an effort to resolve this matter prior to the Court sponsored mediation.
25
       Because of the upcoming mediation, and the efforts of the parties to settle this matter
26
   informally, the parties hereby request that the Case Management Conference in this matter be
27
                                           1
28 STIPULATION OF THE PARTIES TO CONTINUE THE NOVEMBER 5, 2010 CASE MANAGEMENT
            CONFERENCE IN THIS MATTER; AND [Proposed] ORDER

continued sixty days to a date that is convenient with the Court.  By that time, the parties will have exhausted settlement efforts in this matter and will be prepared to schedule the matter with the Court.  The parties believe that this is the most efficient use of time for the Court and for the parties.

Accordingly, the parties hereby stipulate that the Case Management Conference, currently scheduled for November 5, 2010 at 1:30 p.m., can be continued sixty days to a date convenient for the Court.

Respectfully submitted,


Dated:  November 3, 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN
                                        & DICKER LLP



                                By ___/s/ Sean P. Nalty_____
                                        Sean P. Nalty
                                        Shilpa G. Doshi
                                        Attorneys for Defendant
                                        LIFE INSURANCE COMPANY OF NORTH
                                        AMERICA

Dated:  November  3,  2010    LAW OFFICES OF LAURENCE F. PADWAY



                                By ___/s/ Laurence F. Padway_____
                                        Laurence F. Padway
                                        Gayle Godfrey Codiga
                                        Attorneys for Plaintiff
                                        SHIRA CHESTER

---

STIPULATION OF THE PARTIES TO CONTINUE THE NOVEMBER 5, 2010 CASE MANAGEMENT
CONFERENCE IN THIS MATTER; AND [Proposed] ORDER

USDC, Northern District Case No.:  C10-02899 VRW
602472.1

1                              [Proposed] ORDER

2         Based on the stipulation of the parties, and GOOD CAUSE APPEARING

3    THEREFORE,

4         The Court hereby continues the November 5, 2010 Case Management Conference in

5    this matter to _January 14, 2011 at 1:30 p.m._____.

6     Dated:  November 4, 2010

7                                        _____
                                          Jeffrey S. White
8                                          Judge of the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                        3

28   STIPULATION OF THE PARTIES TO CONTINUE THE NOVEMBER 5, 2010 CASE MANAGEMENT
          CONFERENCE IN THIS MATTER; AND [Proposed] ORDER

     USDC, Northern District Case No.:  C10-02899 VRW
        602472.1