UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SHIRA CHESTER,<br>            Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>            Defendant.<br>_____/ | No. C 10-2899 JSW<br><br>**ORDER DENYING REQUEST FOR DEFENDANT'S COMPANY REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:         November 30, 2010<br>Mediator:   Eric Danoff |

   IT IS HEREBY ORDERED that the request for defendant Life Insurance Company of North America's company representative, Annie Hong, to be excused from personal attendance at the November 30, 2010 mediation before Eric Danoff is DENIED.  The court finds that Ms. Hong has not demonstrated that her being required to attend the mediation in person would cause her 'extraordinary or otherwise unjustifiable hardship' as required under ADR L.R. 6-10(d). Accordingly, the court DENIES the request and ORDERS Ms. Hong to appear in person at the mediation.

   IT IS SO ORDERED.

November 22, 2010                     By:    _____
Dated                                                       Elizabeth D. Laporte
                                                            United States Magistrate Judge