Laurence F. Padway (State Bar No. 83914)
Gayle Godfrey Codiga (State Bar No. 114715)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:    (510) 814-6100
Fax:              (510) 814-0650
Email:  lpadway@padway.com
           gayle@padway.com

Attorneys for Plaintiff, SHIRA CHESTER

Sean P. Nalty (State Bar No. 121253)
Shilpa G. Doshi (State Bar No. 253024)
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105-2725
Telephone:   (415) 433-0990
Fax:             (415) 434-1370
Email:  sean.nalty@wilsonelser.com
           Shilpa.doshi@wilsonelser.com

Attorneys for Defendant, LIFE INSURANCE
COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHIRA CHESTER,** | Case No. CV-10-2899 JSW |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** |
| v. | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA, and Does 1 – 20 inclusive** | Hon. Jeffrey S. White |
| **Defendant.** | |

Whereas, settlement in the above matter has been reached. The parties, by and through their respective counsel of record, hereby stipulate and agree that the above named action be dismissed, with prejudice and in its entirety as to each party, with each party to be responsible for their own attorney's fees and costs.

1  Dated: July 7, 2011                    LAW OFFICES OF LAURENCE F. PADWAY

2
                                          By: /s/ Laurence F. Padway
3                                              Laurence F. Padway
                                               Gayle Godfrey Codiga
4
                                          Counsel for Plaintiff
5                                         SHIRA CHESTER

6  Dated: July 7, 2011                    WILSON, ELSER, MOSKOWITZ, EDELMAN
                                          & DICKER LLP
7
                                          By: /s/ Sean P. Nalty
8                                              Sean P. Nalty
                                               Shilpa G. Doshi
9                                         Counsel for Defendant
                                          LIFE INSURANCE COMPANY OF NORTH
10                                        AMERICA

11

12

13                                        **ORDER**

14

15         PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated: July 6, 2011
                                          _____
18                                        JEFFREY S. WHITE
                                          United States District Judge

Stipulation and ~~Proposed~~ Order
re Dismissal                              - 2 -                    CV-10-2899 JSW